STATE of Missouri ex rel. Duane
BENTON, Director of Revenue,
Respondent,

v.

Fairy R. BIRT, Appellant.

Nos. WD 45439, WD 45506.

Missouri Court of Appeals,
Western District.

May 26, 1992.
Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 30, 1992.

Fairy R. Birt, pro se.

William L. Webster, Atty. Gen., Carole Lewis Iles, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

### ORDER

PER CURIAM.

Birt appeals from an order of summary judgment in favor of the State of Missouri for income tax, interest and penalty.

Judgment affirmed.  Rule 84.16(b)